KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0433 VRW |
|     Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| GERARDO ALAMILLA BARCENAS, ) aka Gerardo Alamilla, ) | |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter June 20, 2006 for initial appearance before the Honorable Vaughn R. Walker. On June 20, 2006, the matter was continued to August 15, 2006 for status / trial setting. On August 15, 2006, the matter was again continued to September 12, 2006 for possible change of plea.

    2. On August 15, 2006, Assistant Public Defender Elizabeth Falk, who represents the defendant, requested an exclusion of time from August 15, 2006 to September 12, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an exclusion of time under the Speedy Trial Act. The parties agree that the time from August 15, 2006 to September 12, 2006 should be excluded from the calculation of time under the Speedy Trial Act. See 18

STIPULATION AND PROPOSED ORDER     1
CR 06-0433 VRW

1 U.S.C. § 3161(h)(8)(A) and (B)(iv).

2     3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See id.</u> The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> § 3161(h)(8)(A).

    4. For the reasons stated, the time period from August 15, 2006 to September 12, 2006 is excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: August 15, 2006      Respectfully Submitted,

/S/
NAHLA RAJAN
Special Assistant United States Attorney

DATED: August 15, 2006

/S/
ELIZABETH FALK
Counsel for Gerardo Alamilla Barcenas

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 18, 2006

HONORABLE VAUGHN R. WALKER
United States District Judge

STIPULATION AND PROPOSED ORDER
CR 06-0433 VRW

2