# United States District Court FILED

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCT 2 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 06-00433-1 VRW |
| Gerardo Alamilla-Barcenas | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for  December 5, 2006 at 10:30 a.m.  be continued until  January 9, 2007  at  10:30 a.m.  .

Date:  2 5 OCT 2006

_____
Vaughn R. Walker
Chief United States District Judge

COPIES MAILED TO DC-PSR-009 12/06/04
PARTIES OF RECORD

# UNITED STATES DISTRICT COURT



NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

October 23, 2006

The Honorable Vaughn R. Walker
Chief United States District Judge

**RE: Gerardo Alamilla-Barcenas**
**CR 06-0433-01 VRW**

Your Honor:

The purpose of this memorandum is to request a continuance for the sentencing on the above named case. Sentencing in this case is currently scheduled for December 5, 2006, at 10:30 a.m. This continuance is being requested due to administrative error in routing the presentence investigation. Moreover, the probation officer is awaiting discovery materials from the government involving the defendant's prior deportation proceedings and involvement in the instant offense. This information is key in determining the guideline calculations in this matter. Upon receipt of these documents, I will need additional time to prepare the presentence report.

The defense counsel and Assistant United States Attorney have been notified of this request and have no objections to the continuance. Accordingly, I am requesting that this matter be continued to January 9, 2007, at 10:30 a.m.

If there are any questions, please do not hesitate to contact me at (415) 436-7578.

Respectfully submitted,

Iris R. Winey
Acting Chief U.S. Probation Officer

By: _____
David J. Ackermann
U.S. Probation Officer

Approved:

_____
Sheila John
Supervisory U.S. Probation Officer