BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ALAMILLA-BARCENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  GERARDO ALAMILLA-BARCENAS,  Defendant. | No. CR 06-433 VRW  **STIPULATION TO CONTINUE SENTENCING HEARING**  Date:  January 9, 2007  Time:  10:30 a.m.  Court: The Honorable Vaughn R. Walker |

The parties stipulate and respectfully request as follows:

1. The defendant has requested medical records for the Court's consideration at sentencing on behalf of defendant Alamilla-Barcenas, and has reason to believe that these records will be important for the Court's consideration at sentencing;

2. These medical records will be available to our office in approximately three weeks, although it is unclear whether this deadline will be met;

3. The Probation Officer, David Ackerman, has been contacted, and has no objection to continuing the sentencing to February 20, 2007, at 10:30 a.m.;

4. Government counsel has no objection to continuing the sentencing to February 20, 2007, at 10:30 a.m.

CR- 06-433 VRW; *United States v. Alamilla*
Stip. Continuing Sentencing                1

1  **IT IS SO STIPULATED**

2

3  Dated: January 5, 2007

4  /S/
   BLAKE STAMM
   Assistant United States Attorney

5

6  Dated: January 5, 2007   /S/
   ELIZABETH M. FALK
   Assistant Federal Public Defender

7

8  **[PROPOSED] ORDER**

9  For the reasons stated herein, the sentencing in the aforementioned case is in the

10 aforementioned case are hereby VACATED. The parties are hereby ORDERED to appear for

11 sentencing on February 20, 2007, at 10:30 a.m.

12 **IT IS SO ORDERED.**

13

14 Dated: January 8, 2007

15 THE HON
   CHIEF U

*[GRANTED — signed by Judge Vaughn R Walker, United States District Court, Northern District of California]*

CR-06-433 VRW; *United States v. Alamilla*
Stip. Continuing Sentencing                2