BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ALAMILLA-BARCENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-433 VRW |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. ) | Date:  March 6, 2007<br>Time:  10:30 a.m.<br>Court: The Honorable Vaughn R. Walker |
| GERARDO ALAMILLA-BARCENAS, ) | |
| Defendant. ) | |

The parties stipulate and respectfully request as follows:

1. The defendant requested medical records for the Court's consideration at sentencing on behalf of defendant Alamilla-Barcenas, and has reason to believe that these records will be important for the Court's consideration at sentencing;

2. These medical records were received a week ago, and counsel is doing some follow-up research with respect to the medications and treatment prescribed for Mr. Alamilla's mother;

3. The Probation Officer, David Ackerman, has been contacted, and has no objection to continuing the sentencing to March 13, 2007, at 10:30 a.m.;

4. Government counsel has no objection to continuing the sentencing to March 13,

2007, at 10:30 a.m.

**IT IS SO STIPULATED**

Dated: March 2, 2007

```
                                    _____/S/_____
                                    BLAKE D. STAMM
                                    Assistant United States Attorney
```

Dated: March 2, 2007

```
                                    _____/S/_____
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender
```

**[PROPOSED] ORDER**

For the reasons stated herein, the sentencing in the aforementioned case is in the aforementioned case are hereby VACATED. The parties are hereby ORDERED to appear for sentencing on March 13, 2007 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: March 5, 2007

```
                                    _____
                                    THE HONORABLE VAUGHN R WALKER
                                    CHIEF UNITED STATES DISTRICT JUDGE
```

*GRANTED — Judge Vaughn R Walker — United States District Court, Northern District of California*