1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    (415) 436-7700
5
    Counsel for Defendant ALAMILLA-BARCENAS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )      No. CR 06-433 VRW
11                                      )
                  Plaintiff,            )      **STIPULATION TO CONTINUE**
12                                      )      **SENTENCING HEARING**
                                        )
13        v.                            )      Date:  March 13, 2007
                                        )      Time:  10:30 a.m.
14                                      )      Court: The Honorable Vaughn R. Walker
    GERARDO ALAMILLA-BARCENAS,          )
15                                      )
                  Defendant.            )
16  _____)

17        The parties stipulate and respectfully request as follows:

18        1.    Sentencing is currently set before this Court on March 13, 2007;

19        2.    The defense case in *United States v. Quan*, 04-323 WBS, is beginning during the

20              latter part of the week of March 16, 2007.  As such, defense counsel will be out of

21              the office on March 13, 2007 and March 20, 2007 preparing witnesses, and will

22              not be available to conduct the sentencing on those days;

23        3.    The defendant is set to appear before Judge Armstrong on March 27, 2007 at 9:00

24              a.m.  Judge Armstrong conducts her calendar on the same day of the week as this

25              Court.  As such, the earliest possible sentencing date before this Court after Judge

26              Armstrong's calendar on March 27, 2007 is April 3, 2007, which is the date

CR- 06-433 VRW; *United States v. Alamilla*
Stip. Continuing Sentencing                    1

1    requested for sentencing by the parties;

2    4.    The Probation Officer, David Ackerman, has been contacted, and has no objection

3          to continuing the sentencing to April 3, 2007, at 10:30 a.m.;

4    5.    Government counsel has no objection to continuing the sentencing to April 3,

5          2007, at 10:30 a.m.

6  **IT IS SO STIPULATED**

7

   Dated: March 8, 2007

8
                                                    _____/S/_____
9                                                   BLAKE D. STAMM
                                                    Assistant United States Attorney

10
   Dated: March 8, 2007                             _____/S/_____
11                                                  ELIZABETH M. FALK
                                                    Assistant Federal Public Defender

12

13

14                              **[PROPOSED] ORDER**

15        For the reasons stated herein, the sentencing in the aforementioned case is in the

16  aforementioned case are hereby VACATED.  The parties are hereby ORDERED to appear for

17  sentencing on April 3, 2007 at 10:30 a.m.

18        **IT IS SO ORDERED.**

19

20  Dated: _____March 12, 2007_____

21                                    THE H_____WALKER
                                      CHIEF                              JUDGE
                                      GRANTED
                                      Judge Vaughn R Walker

22

23

24

25

26

CR- 06-433 VRW; *United States v. Alamilla*
Stip. Continuing Sentencing              2